**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JILL HILL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-4669 |
| | § | |
| INTERNATIONAL ASSOCIATION OF | § | |
| MACHINISTS AND AEROSPACE | § | |
| WORKERS, AFL-CIO, *et al.*, and UNITED | § | |
| AIRLINES, INC. | § | |
| | § | |
| *Defendants.* | § | |

**FINAL JUDGMENT**

Pursuant to the court's order signed September 19, 2019 (Dkt. 38), United's and IAMAW's

motions to dismiss (Dkts. 22, 24) are **GRANTED**.  The case is **DISMISSED WITHOUT**

**PREJUDICE**.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 19, 2019.

_____
Gray H. Miller
Senior United States District Judge